# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Howard Cohan

                      Plaintiff,

v.                                       Case No.: 1:16–cv–02465
                                              Honorable Sharon Johnson Coleman

Macy's Retail Holdings, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 15, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: On the parties' representation that this case has settled, this case is dismissed with prejudice, and with both parties to bear their own fees and costs. The status hearing set for 6/17/2016 is stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.